CITY OF CAMDEN v. BARRY SKOKOWSKI.

June 3, 1981.

Petition for certification granted.

CITY OF PASSAIC v. THE LOCAL FINANCE BOARD OF THE
DEPARTMENT OF COMMUNITY AFFAIRS OF THE
STATE OF NEW JERSEY.

June 3, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. DHERRAN FITZGERALD.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. CALVIN EDWARD PARSONS.

June 3, 1981.

Petition for certification denied.